UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| MARC ANTHONY EARLEY, | Case No. 3:22-cv-00299-ART-CLB |
|---|---|
| Plaintiff | ORDER |
| v. | |
| NDOC et al., | |
| Defendants | |

**I.   DISCUSSION**

According to the Nevada Department of Corrections ("NDOC") inmate database and returned e-filings, Plaintiff is no longer at the address listed with the Court.  The Court notes that pursuant to Nevada Local Rule of Practice IA 3-1, a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court."  Nev. Loc. R. IA 3-1.  This Court grants Plaintiff **until December 23, 2022**, to file his updated address with this Court.  If Plaintiff does not update the Court with his current address by **December 23, 2022**, this case will be subject to dismissal without prejudice.

**II.   CONCLUSION**

For the foregoing reasons, IT IS ORDERED that Plaintiff shall file his updated address with the Court by **December 23, 2022**. If Plaintiff fails to timely comply with this order, this case will be subject to dismissal without prejudice.

///

///

///

///

IT IS FURTHER ORDERED that the Clerk of the Court send a one-time courtesy copy of this order to Plaintiff at High Desert State Prison.

DATED THIS 30th day of November 2022.

_____
UNITED STATES MAGISTRATE JUDGE